## Selection Criteria

| | |
| --- | --- |
| Slip.Date | Earliest - 9/28/2007 |
| Clie.Selection | Include: EFOORA/SEC ENFORCEMENT |

| | |
| --- | --- |
| Nickname | EFOORA/SEC ENFORCEMENT \| 6176 |
| Full Name | Efoora, Inc., Ira Bodenstein as SEC Receiver |
| In Ref To | Efoora, Inc. |
| | (IB/RAS 6176 EFOORA/SEC ENFORCEMENT) |
| Last bill | |
| Last charge | 9/28/2007 |
| Last payment | Amount $0.00 |

| Date / ID | Attorney / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
| --- | --- | --- | --- | --- | --- |
| **Nickname 1: CASE ADMINISTRATION** | | | | | |
| 6/15/2007 | IB | 355.00 | 1.00 | 355.00 | No Charge |
| 310575 | Legal Services | | 1.00 | 355.00 | |
| | Review SEC motion to appoint receiver in Efoora and Order of Appointment and discuss questions and suggested revisions with Jerry Kohn at SEC | | | | |
| | Matter: CASE ADMINISTRATION | | | | |
| 6/20/2007 | IB | 355.00 | 0.40 | 142.00 | No Charge |
| 311222 | Legal Services | | 0.40 | 142.00 | |
| | Review Motion to Appoint Receiver in Efoora and discuss with Tom Meier at SEC | | | | |
| | Matter: CASE ADMINISTRATION | | | | |
| 6/28/2007 | IB | 355.00 | 0.10 | 35.50 | No Charge |
| 312100 | Legal Services | | 0.10 | 35.50 | |
| | Phone call with Tom Meier re: receiver appointment | | | | |
| | Matter: CASE ADMINISTRATION | | | | |
| 7/9/2007 | IB | 355.00 | 1.00 | 355.00 | No Charge |
| 314131 | Legal Services | | 1.00 | 355.00 | |
| | Phone calls with Tom Meier, Jerry Kohn and Paul Montoya re: objection filed to Receiver motion (.4); Review motion and supporting documents to prepare for hearing (.6) | | | | |
| | Matter: CASE ADMINISTRATION | | | | |
| 7/10/2007 | IB | 355.00 | 1.50 | 532.50 | No Charge |
| 314232 | Legal Services | | 1.50 | 532.50 | |
| | Court appearance on Receiver motion (1.0); meeting with Tom Meier and Jim McGurk after court (.5) | | | | |
| | Matter: CASE ADMINISTRATION | | | | |
| 7/11/2007 | IB | 355.00 | 1.20 | 426.00 | No Charge |
| 314430 | Legal Services | | 1.20 | 426.00 | |
| | Review email from Tom Meier of proposed revised appointment order (.5); phone call with Tom Meier re my comments to order (.5); Review Jerry Kohn email re: newly revised appointment order (.2). | | | | |
| | Matter: CASE ADMINISTRATION | | | | |
| 7/12/2007 | IB | 355.00 | 0.40 | 142.00 | Billable |
| 314557 | Legal Services | | | | |
| | Review final Order appointing Receiver in Efoora and discuss with Paul Montoya | | | | |
| | Matter: CASE ADMINISTRATION | | | | |
| 7/17/2007 | IB | 355.00 | 0.40 | 142.00 | Billable |
| 323954 | Legal Services | | | | |
| | Communications with Curt Peterson and Bill Holzman re: landlords and discuss with Rick (.4) | | | | |
| | Matter: CASE ADMINISTRATION | | | | |


EXHIBIT C

EFOORA/SEC ENFORCEMENT:Efoora, Inc., Ira Bodenstein as SEC Receiver (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 7/20/2007 | IB | 355.00 | 0.10 | 35.50 | No Charge |
| 315574 | Legal Services | | 0.10 | 35.50 | |
| | Phone call with Jerry Kohn at SEC re: information request and meeting /phone calls with Efoora and GBI<br>Matter:  CASE ADMINISTRATION | | | | |
| 7/24/2007 | RMF2 | 355.00 | 0.40 | 142.00 | Billable |
| 316403 | Legal Services | | | | |
| | Telephone conference with L. Hrynewycz, property manager for Bryn Mawr building, regarding entry of receiver order, stay of proceedings and access to premises<br>Matter:  CASE ADMINISTRATION | | | | |
| 7/24/2007 | IB | 355.00 | 0.20 | 71.00 | Billable |
| 316174 | Legal Services | | | | |
| | Communications with Rick re: current leases and contact with landlords<br>Matter:  CASE ADMINISTRATION | | | | |
| 7/25/2007 | RMF2 | 355.00 | 0.30 | 106.50 | Billable |
| 316405 | Legal Services | | | | |
| | Telephone conference with L. Jaynes, attorney for landlord of Mark Street premises, regarding entry of receiver order, stay of proceedings and access to premises<br>Matter:  CASE ADMINISTRATION | | | | |
| 7/25/2007 | RAS | 355.00 | 0.70 | 248.50 | No Charge |
| 316392 | Legal Services | | 0.70 | 248.50 | |
| | review motion to appoint receiver and related background documents<br>Matter:  CASE ADMINISTRATION | | | | |
| 7/25/2007 | IB | 355.00 | 0.30 | 106.50 | Billable |
| 316310 | Legal Services | | | | |
| | Discuss lease/landlord issues with Rick Fogel<br>Matter:  CASE ADMINISTRATION | | | | |
| 7/28/2007 | IB | 355.00 | 1.50 | 532.50 | Billable |
| 316531 | Legal Services | | | | |
| | Review eviction complaint (.2); Review shareholder/ finder records (.8); prepare for site inspection (.5)<br>Matter:  CASE ADMINISTRATION | | | | |
| 7/30/2007 | IB | 355.00 | 0.20 | 71.00 | No Charge |
| 316950 | Legal Services | | 0.20 | 71.00 | |
| | Review Jody Grosky dep notice from SEC; Phone call with Jerry Kohn re: same.<br>Matter:  CASE ADMINISTRATION | | | | |
| 7/30/2007 | IB | 355.00 | 0.10 | 35.50 | No Charge |
| 316948 | Legal Services | | 0.10 | 35.50 | |
| | Discuss Sun Plastics issues with Rick<br>Matter:  CASE ADMINISTRATION | | | | |
| 7/30/2007 | RJH | 355.00 | 0.40 | 142.00 | Billable |
| 317968 | Legal Services | | | | |
| | Draft appearance.<br>Matter:  CASE ADMINISTRATION | | | | |
| 7/30/2007 | RMF2 | 355.00 | 0.30 | 106.50 | Billable |
| 317358 | Legal Services | | | | |
| | Telephone conference with F. Pollack regarding exclusion of Virotek assets from Sun Plastics auction sale and e-mail to Pollack with Receiver's appointment order<br>Matter:  CASE ADMINISTRATION | | | | |

EFOORA/SEC ENFORCEMENT:Efoora, Inc., Ira Bodenstein as SEC Receiver (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 8/6/2007<br>318887 | IB<br>Legal Services<br>Review Rappin email and phone call with Rappin re: same. (.2); Meet with Rick to review open issues and how to proceed (.3)<br>Matter:　　CASE ADMINISTRATION | 355.00 | 0.50 | 177.50 | Billable |
| 8/14/2007<br>320001 | IB<br>Legal Services<br>Review shareholder records and email Jackie Stern<br>Matter:　　CASE ADMINISTRATION | 355.00 | 0.40 | 142.00 | Billable |
| 8/15/2007<br>320885 | RMF2<br>Legal Services<br>Telephone conference with L. Jaynes regarding continuance of Mark Street eviction suit and status of receiver's investigation<br>Matter:　　CASE ADMINISTRATION | 355.00 | 0.30 | 106.50 | Billable |
| 8/15/2007<br>320010 | IB<br>Legal Services<br>Email Nancy Akroid re: Nanogen proposal and review response (.2); discuss with Rick (.1)<br>Matter:　　CASE ADMINISTRATION | 355.00 | 0.30 | 106.50 | Billable |
| 8/16/2007<br>320174 | IB<br>Legal Services<br>Communications with Akroid and Holzman re: Nanogen molds<br>Matter:　　CASE ADMINISTRATION | 355.00 | 0.20 | 71.00 | Billable |
| 8/17/2007<br>320201 | IB<br>Legal Services<br>Phone call with MikeHavlucyan of Nanogen re: cartridge production and review existing documentation re: same<br>Matter:　　CASE ADMINISTRATION | 355.00 | 0.80 | 284.00 | Billable |
| 8/20/2007<br>320389 | IB<br>Legal Services<br>Review investors email and phone call with George Apostilides re: Claim against Rappin.<br>Matter:　　CASE ADMINISTRATION | 355.00 | 0.20<br>0.20 | 71.00<br>71.00 | No Charge |
| 8/20/2007<br>320388 | IB<br>Legal Services<br>Review Nanogen email re: placing an order; phone calls with Nanogen atty Havluciyan and SunPlastics owner Gemberling re; production of plastic housings<br>Matter:　　CASE ADMINISTRATION | 355.00 | 1.00 | 355.00 | Billable |
| 8/22/2007<br>320590 | IB<br>Legal Services<br>Multiple communications with Rappin (.5) and phone call with McGurk re: their intentions re: Prion and or Glucose<br>Matter:　　CASE ADMINISTRATION | 355.00 | 0.80 | 284.00 | Billable |
| 8/23/2007<br>321000 | IB<br>Legal Services<br>Communications on Spectral/Nanogen order<br>Matter:　　CASE ADMINISTRATION | 355.00 | 0.30 | 106.50 | Billable |
| 8/24/2007<br>321047 | IB<br>Legal Services<br>Phone call with Kohn/Meier re: Update on status<br>Matter:　　CASE ADMINISTRATION | 355.00 | 0.20 | 71.00 | Billable |

EFOORA/SEC ENFORCEMENT:Efoora, Inc., Ira Bodenstein as SEC Receiver (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 8/24/2007 | IB | 355.00 | 0.30 | 106.50 | Billable |
| 321049 | Legal Services<br>Communications re: Spectral/Nanogen production with Havlucyan, Gemberling and Akroid.<br>Matter: CASE ADMINISTRATION | | | | |
| 8/29/2007 | RMF2 | 355.00 | 0.30 | 106.50 | Billable |
| 322106 | Legal Services<br>Telephone conferences with Jaynes and Jordan regarding Mark Street eviction<br>Matter: CASE ADMINISTRATION | | | | |
| 9/4/2007 | IB | 355.00 | 0.80 | 284.00 | Billable |
| 322511 | Legal Services<br>REview Quote from SunPlastics for Nanogen order (.2); discuss with Gemberling of Sun Plastics (.1); discuss with Havlucyan of Nanogen (.2); discuss with Rick re: appropriate procedure (.3)<br>Matter: CASE ADMINISTRATION | | | | |
| 9/4/2007 | IB | 355.00 | 0.20 | 71.00 | Billable |
| 322515 | Legal Services<br>Communications with Holzman and Nancy Ackroid re: current condition of premises<br>Matter: CASE ADMINISTRATION | | | | |
| 9/6/2007 | IB | 355.00 | 0.70 | 248.50 | Billable |
| 323489 | Legal Services<br>Phone call with Gemberling re: Nanogen order (.2); communications with Nanogen and Progressive Plastics to facilitate parts order (.5);<br>Matter: CASE ADMINISTRATION | | | | |
| 9/7/2007 | IB | 355.00 | 0.20 | 71.00 | No Charge |
| 323610 | Legal Services | | 0.20 | 71.00 | |
| | Communications with Shareholders.<br>Matter: CASE ADMINISTRATION | | | | |
| 9/12/2007 | PMF | 175.00 | 0.80 | 140.00 | Billable |
| 326408 | Legal Services<br>Review information sent by FBI on disks. Confer with M. Herman re: organization of same.<br>Matter: CASE ADMINISTRATION | | | | |
| 9/13/2007 | PMF | 175.00 | 2.80 | 490.00 | Billable |
| 326409 | Legal Services<br>Review information sent by FBI on disks, save same on disk in pdf format.<br>Matter: CASE ADMINISTRATION | | | | |
| 9/14/2007 | IB | 355.00 | 0.20 | 71.00 | Billable |
| 324261 | Legal Services<br>Communications with Gemberling and Havluciyan re: Nanogen letter<br>Matter: CASE ADMINISTRATION | | | | |
| 9/18/2007 | IB | 355.00 | 0.00 | 0.00 | Billable |
| 324552 | Legal Services<br>Discuss current conditions at facilities with Rick (.2); review email from Peterson re: current conditions and respond (.1).<br>Matter: CASE ADMINISTRATION | | | | |
| 9/18/2007 | IB | 355.00 | 0.10 | 35.50 | No Charge |
| 324553 | Legal Services | | 0.10 | 35.50 | |
| | Review and respond to email from shareholder John Catino<br>Matter: CASE ADMINISTRATION | | | | |

EFOORA/SEC ENFORCEMENT:Efoora, Inc., Ira Bodenstein as SEC Receiver (continued)

| Date / ID | Attorney / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 9/19/2007 | IB | 355.00 | 0.10 | 35.50 | No Charge |
| 324633 | Legal Services | | 0.10 | 35.50 | |
| | Communications with John Catino, Efoora shareholder | | | | |
| | Matter: CASE ADMINISTRATION | | | | |
| 9/20/2007 | IB | 355.00 | 0.20 | 71.00 | Billable |
| 324808 | Legal Services | | | | |
| | Communication with Havluciyan re: Nanogen/Spectral order | | | | |
| | Matter: CASE ADMINISTRATION | | | | |
| 9/26/2007 | IB | 355.00 | 0.30 | 106.50 | No Charge |
| 325847 | Legal Services | | 0.30 | 106.50 | |
| | Respond to Jim Miller (shareholder) email. | | | | |
| | Matter: CASE ADMINISTRATION | | | | |
| 9/28/2007 | IB | 355.00 | 0.20 | 71.00 | Billable |
| 326248 | Legal Services | | | | |
| | Communications with Havluciyan and Ray re: reduced Nanogen order. | | | | |
| | Matter: CASE ADMINISTRATION | | | | |

| | | | Hours | Amount | Total |
|---|---|---|---|---|---|
| Total: CASE ADMINISTRATION | | | 15.50 | | $4,854.50 |
| | No Charge | | 7.20 | $2,556.00 | |
| | Do Not Bill | | 7.20 | $2,556.00 | |

Nickname 1: EMPLOYMENT/COMPENSATION OF PROFESSIONALS

| Date / ID | Attorney / Task | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| 9/20/2007 | IB | 355.00 | 0.80 | 284.00 | Billable |
| 324806 | Legal Services | | | | |
| | Review and revise drafts of motion and order to retain CM&D as financial consultants | | | | |
| | Matter: EMPLOYMENT/COMPENSATION OF PROFESSIONALS | | | | |
| 9/20/2007 | RMF2 | 355.00 | 1.10 | 390.50 | Billable |
| 325997 | Legal Services | | | | |
| | Prepare draft motion to employ CM&D as financial consultant and forward to IB for review | | | | |
| | Matter: EMPLOYMENT/COMPENSATION OF PROFESSIONALS | | | | |

Total: EMPLOYMENT/COMPENSATION OF PROFESSIONALS   1.90   $674.50

Nickname 1: GENERAL INVESTIGATION

| Date / ID | Attorney / Task | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| 7/16/2007 | IB | 355.00 | 1.50 | 532.50 | Billable |
| 314816 | Legal Services | | | | |
| | General investigation of available information on Efoora, Virotek from websites re: prepare for meeting with SEC | | | | |
| | Matter: GENERAL INVESTIGATION | | | | |
| 7/18/2007 | IB | 355.00 | 1.50 | 532.50 | Billable |
| 315066 | Legal Services | | | | |
| | Meet with Tom Meier and Jerry Kohn at SEC for background information and document turnover (1.5). | | | | |
| | Matter: GENERAL INVESTIGATION | | | | |
| 7/19/2007 | IB | 355.00 | 2.00 | 710.00 | Billable |
| 315236 | Legal Services | | | | |
| | Meet with Rick Fogel re: today's meetings; respond to investor emails; Meet with Holzman/Stein re: Efoora proposal and background (1.0); phone call with McGurk to set up meeting with Rappin; Review documents from Rappin disc/Holzman meeting (1.0) | | | | |
| | Matter: GENERAL INVESTIGATION | | | | |

EFOORA/SEC ENFORCEMENT: Efoora, Inc., Ira Bodenstein as SEC Receiver (continued)

| Date / ID | Attorney / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 7/19/2007 315377 | RMF2<br>Legal Services<br>Meeting with IB, W. Holzman & R. Stein regarding background of business, nature and extent of assets, claims and investors and facilitation of receiver's duties<br>Matter: GENERAL INVESTIGATION | 355.00 | 1.40 | 497.00 | Billable |
| 7/20/2007 315598 | IB<br>Legal Services<br>Review seized file list from Jerry Kohn (.3); complete review of Rappin documents from Idisc. (.4)<br>Matter: GENERAL INVESTIGATION | 355.00 | 0.70 | 248.50 | Billable |
| 7/25/2007 316309 | IB<br>Legal Services<br>Confirm meeting with Jim Mcgurk/Craig Rappin<br>Matter: GENERAL INVESTIGATION | 355.00 | 0.10<br>0.10 | 35.50<br>35.50 | No Charge |
| 7/26/2007 316505 | IB<br>Legal Services<br>Meet with Jim McGurk, Craig Rappin and Rick re: background information on validity of patents and sales potential.<br>Matter: GENERAL INVESTIGATION | 355.00 | 1.50<br>1.50 | 532.50<br>532.50 | No Charge |
| 7/26/2007 316407 | RMF2<br>Legal Services<br>Meeting with C. Rappin & J. McGurk regarding nature and status of tangible and intangible property and options for disposition<br>Matter: GENERAL INVESTIGATION | 355.00 | 1.50 | 532.50 | Billable |
| 7/28/2007 316534 | IB<br>Legal Services<br>Travel to and inspect premises in Bensenville (Bryn Mawr) and Elk Grove (Mark St) with Nanbcy Aykroid and Rick Fogel<br>Matter: GENERAL INVESTIGATION | 355.00 | 2.50 | 887.50 | Billable |
| 7/28/2007 317362 | RMF2<br>Legal Services<br>To Elk Grove Village and Bensenville premises with Receiver and N. Ackroyd to inspect physical assets<br>Matter: GENERAL INVESTIGATION | 355.00 | 2.50<br>2.50 | 887.50<br>887.50 | No Charge |
| 7/31/2007 317140 | IB<br>Legal Services<br>Review Rappin plea agreement<br>Matter: GENERAL INVESTIGATION | 355.00 | 0.30 | 106.50 | Billable |
| 8/1/2007 319184 | RMF2<br>Legal Services<br>Telephone conference with D. Schwab regarding Wit's security interests in Virotek and Prion intellectual property and cooperation with receiver<br>Matter: GENERAL INVESTIGATION | 355.00 | 0.40 | 142.00 | Billable |
| 8/7/2007 318993 | IB<br>Legal Services<br>Review facility photos re: organization for forwarding to interested parties.<br>Matter: GENERAL INVESTIGATION | 355.00 | 0.50 | 177.50 | Billable |
| 8/7/2007 321530 | MAH<br>Legal Services<br>Reviewed CD of site photos and prepared copy of same for I. Bodenstein.<br>Matter: GENERAL INVESTIGATION | 170.00 | 0.70 | 119.00 | Billable |

EFOORA/SEC ENFORCEMENT:Efoora, Inc., Ira Bodenstein as SEC Receiver (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 8/8/2007<br>319076 | IB<br>Legal Services<br>Phone call with Jerry Kohn at SEC re: Jody Grosky deposition (.2); Communicate with Rappin/McGurk re: facility equipment and machinery (.1)<br>Matter:  GENERAL INVESTIGATION | 355.00 | 0.30 | 106.50 | Billable |
| 8/9/2007<br>319243 | IB<br>Legal Services<br>Communications with Rappin re: inventory/equipment at facility and stock turnover<br>Matter:  GENERAL INVESTIGATION | 355.00 | 0.30 | 106.50 | Billable |
| 8/13/2007<br>319447 | IB<br>Legal Services<br>Phone call with Jackie Stern Re: review of company records and turnover of Rappin shares<br>Matter:  GENERAL INVESTIGATION | 355.00 | 0.20 | 71.00 | Billable |
| 8/14/2007<br>320002 | IB<br>Legal Services<br>Review email from Nanogen re: cartridge molds(.3) emails to Holzman and Rappin re: same (.2)<br>Matter:  GENERAL INVESTIGATION | 355.00 | 0.50 | 177.50 | Billable |
| 8/23/2007<br>320999 | IB<br>Legal Services<br>Meet with Sean Carr of FBI and Rick re: background<br>Matter:  GENERAL INVESTIGATION | 355.00 | 0.80<br>0.80 | 284.00<br>284.00 | No Charge |
| 8/23/2007<br>321679 | RMF2<br>Legal Services<br>Meeting with IB and Sean Carr, FBI, regarding background information<br>Matter:  GENERAL INVESTIGATION | 355.00 | 0.80 | 284.00 | Billable |
| 8/31/2007<br>322114 | RMF2<br>Legal Services<br>Review Wit lien and litigation documents<br>Matter:  GENERAL INVESTIGATION | 355.00 | 0.40 | 142.00 | Billable |
| 9/11/2007<br>324660 | MAH<br>Legal Services<br>Worked on ordering UCC lien and judgment searches on Efoora, Prion, and Virotek per R. Fogel's request.<br>Matter:  GENERAL INVESTIGATION | 170.00 | 0.30 | 51.00 | Billable |
| 9/12/2007<br>324688 | MAH<br>Legal Services<br>Reviewed DVD's of files from FBI and contacted FBI re scanned materials per R. Fogel's request.<br>Matter:  GENERAL INVESTIGATION | 170.00 | 1.00 | 170.00 | Billable |
| 9/14/2007<br>325062 | MAH<br>Legal Services<br>Prepared DVD copy of files from FBI and met with R. Fogel re same (0.3); corresponded with CT re obtaining lien search results (0.1).<br>Matter:  GENERAL INVESTIGATION | 170.00 | 0.40 | 68.00 | Billable |
| Total: GENERAL INVESTIGATION | | | 17.20 | | $5,662.00 |
| | No Charge | | 4.90 | $1,739.50 | |
| | Do Not Bill | | 4.90 | $1,739.50 | |

EFOORA/SEC ENFORCEMENT:Efoora, Inc., Ira Bodenstein as SEC Receiver (continued)

| Date / ID | Attorney / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| **Nickname 1: INVESTORS** | | | | | |
| 7/19/2007 318704 | MAH<br>Legal Services<br>Printed and organized materials from CD for I. Bodenstein and R. Fogel (2.1); prepared spreadsheet listing information on all investors that have contacted I. Bodenstein (0.4).<br>Matter: INVESTORS | 170.00 | 2.50 | 425.00 | Billable |
| 7/25/2007 318735 | MAH<br>Legal Services<br>Updated spreadsheet of investor information per I. Bodenstein's request.<br>Matter: INVESTORS | 170.00 | 0.10 | 17.00 | Billable |
| 7/26/2007 318742 | MAH<br>Legal Services<br>Updated spreadsheet of investor information per I. Bodenstein's request.<br>Matter: INVESTORS | 170.00 | 0.10 | 17.00 | Billable |
| 7/30/2007 316949 | IB<br>Legal Services<br>Review investors list from Interwest<br>Matter: INVESTORS | 355.00 | 0.50 | 177.50 | Billable |
| 8/31/2007 322035 | MAH<br>Legal Services<br>Updated investor spreadsheet.<br>Matter: INVESTORS | 170.00 | 0.20 | 34.00 | Billable |
| 9/11/2007 324656 | MAH<br>Legal Services<br>Updated contact investor list per I. Bodenstein's request.<br>Matter: INVESTORS | 170.00 | 0.10 | 17.00 | Billable |
| 9/14/2007 325065 | MAH<br>Legal Services<br>Responded to inquiry from investor per I. Bodenstein's request.<br>Matter: INVESTORS | 170.00 | 0.10 | 17.00 | Billable |
| 9/17/2007 325089 | MAH<br>Legal Services<br>Updated investor correspondence spreadsheet and file.<br>Matter: INVESTORS | 170.00 | 0.10 | 17.00 | Billable |
| 9/19/2007 326354 | MAH<br>Legal Services<br>Responded to inquiry from investor per I. Bodenstein's request.<br>Matter: INVESTORS | 170.00 | 0.10 | 17.00 | Billable |
| 9/27/2007 326425 | MAH<br>Legal Services<br>Updated investor spreadsheet with information from recent investor correspondence per I. Bodenstein's request.<br>Matter: INVESTORS | 170.00 | 0.20 | 34.00 | Billable |
| **Total: INVESTORS** | | | **4.00** | | **$772.50** |
| **Nickname 1: REVIEW OF BUSINESS PLAN/OPERATIONS** | | | | | |
| 8/6/2007 318903 | IB<br>Legal Services<br>Communications with Bill Holzman re: status and Board of Directors proposal<br>Matter: REVIEW OF BUSINESS PLAN/OPERATIONS | 355.00 | 0.20 | 71.00 | Billable |

EFOORA/SEC ENFORCEMENT:Efoora, Inc., Ira Bodenstein as SEC Receiver (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 8/9/2007<br>319242 | IB<br>Legal Services<br>Communications with Holzman re: deposit and proposal<br>Matter:     REVIEW OF BUSINESS PLAN/OPERATIONS | 355.00 | 0.20 | 71.00 | Billable |
| 8/21/2007<br>320588 | IB<br>Legal Services<br>Communications with Holzman re: business plan and rent issues (.3);<br>Matter:     REVIEW OF BUSINESS PLAN/OPERATIONS | 355.00 | 0.30 | 106.50 | Billable |
| 9/6/2007<br>323490 | IB<br>Legal Services<br>Communications with Curt Peterson re: leases; operating proposal<br>Matter:     REVIEW OF BUSINESS PLAN/OPERATIONS | 355.00 | 0.20 | 71.00 | Billable |
| 9/11/2007<br>323903 | IB<br>Legal Services<br>Phone call with Curt Peterson/Harry Hicks re: existing management proposal<br>Matter:     REVIEW OF BUSINESS PLAN/OPERATIONS | 355.00 | 0.50 | 177.50 | Billable |
| 9/11/2007<br>323882 | RMF2<br>Legal Services<br>Telephone conference with IB, C. Petersen and T. Hicks, large shareholder, regarding status of receivership and submission of management's business plan<br>Matter:     REVIEW OF BUSINESS PLAN/OPERATIONS | 355.00 | 0.40<br>0.40 | 142.00<br>142.00 | No Charge |
| 9/17/2007<br>324365 | IB<br>Legal Services<br>Meet Craig Rappin at Mark Street and Bryn Mawr re: review of premises and look for patent files<br>Matter:     REVIEW OF BUSINESS PLAN/OPERATIONS | 355.00 | 2.00 | 710.00 | Billable |
| 9/18/2007<br>324548 | IB<br>Legal Services<br>Prepare email to Holzman re: current conditions at the premises<br>Matter:     REVIEW OF BUSINESS PLAN/OPERATIONS | 355.00 | 0.30 | 106.50 | Billable |
| 9/20/2007<br>324807 | IB<br>Legal Services<br>Communication with C. Peterson re: clean-up.<br>Matter:     REVIEW OF BUSINESS PLAN/OPERATIONS | 355.00 | 0.20 | 71.00 | Billable |
| 9/21/2007<br>324977 | IB<br>Legal Services<br>Communications with Curt Peterson re: trash removal/bio hazard removal ; Efoora trailer/fork lift (.3); further communications with Curt Peterson re; same issues (.3)<br>Matter:     REVIEW OF BUSINESS PLAN/OPERATIONS | 355.00 | 0.60 | 213.00 | Billable |
| 9/24/2007<br>325385 | IB<br>Legal Services<br>Review of files taken from Efoora offices re: patent files<br>Matter:     REVIEW OF BUSINESS PLAN/OPERATIONS | 355.00 | 0.70 | 248.50 | Billable |
| 9/25/2007<br>325551 | IB<br>Legal Services<br>Phone call with Curt Peterson re: financial consultant motion<br>Matter:     REVIEW OF BUSINESS PLAN/OPERATIONS | 355.00 | 0.10 | 35.50 | Billable |
| 9/26/2007<br>325846 | IB<br>Legal Services<br>Respond to Peterson emails<br>Matter:     REVIEW OF BUSINESS PLAN/OPERATIONS | 355.00 | 0.20 | 71.00 | Billable |

EFOORA/SEC ENFORCEMENT:Efoora, Inc., Ira Bodenstein as SEC Receiver (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 9/27/2007<br>325933 | IB<br>Legal Services<br>Review Holzman email re: raising funds through loans and discuss with Rick<br>Matter: REVIEW OF BUSINESS PLAN/OPERATIONS | 355.00 | 0.30 | 106.50 | Billable |
| 9/28/2007<br>326247 | IB<br>Legal Services<br>Phone call from Curt Peterson re:operations<br>Matter: REVIEW OF BUSINESS PLAN/OPERATIONS | 355.00 | 0.10 | 35.50 | Billable |

| | Hours | Amount | Total |
|---|---|---|---|
| Total: REVIEW OF BUSINESS PLAN/OPERATIONS | 5.90 | | $2,094.50 |
| No Charge | 0.40 | $142.00 | |
| Do Not Bill | 0.40 | $142.00 | |

Nickname 1: REVIEW OF GENESIS BIOVENTURES OFFER

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 7/17/2007<br>314937 | IB<br>Legal Services<br>Continue factual investigation by reviewing SEC filings for GBI (1.4).<br>Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 1.40 | 497.00 | Billable |
| 7/18/2007<br>323956 | IB<br>Legal Services<br>Phone calls with Bill Holzman (Efoora atty) and Bob Meylan (Genesis atty) re:<br>receivership and turnover of information (.2); begin review of documents turned over by<br>SEC (2.0)<br>Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 2.20 | 781.00 | Billable |
| 7/19/2007<br>315373 | RMF2<br>Legal Services<br>Conference call with IB, B. Meylan and D. Lane regarding Genesis Bioventures<br>acquisition of Prion<br>Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 0.80<br>0.80 | 284.00<br>284.00 | No Charge |
| 7/19/2007<br>323957 | IB<br>Legal Services<br>Phone call with Meylan/Lane re: GBI offer and structure (.8).<br>Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 0.80 | 284.00 | Billable |
| 7/31/2007<br>317136 | IB<br>Legal Services<br>Phone call with Genesis atty Meylan re: deposit and documents needed to evaluate offer<br>Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 0.20 | 71.00 | Billable |
| 8/9/2007<br>319241 | IB<br>Legal Services<br>Communications with Bob Meyran/Doug Lane re: deposit and proposal<br>Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 0.20 | 71.00 | Billable |
| 8/13/2007<br>319448 | IB<br>Legal Services<br>Review of prior valuation report from Stout Risious<br>Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 0.50 | 177.50 | Billable |
| 8/17/2007<br>320200 | IB<br>Legal Services<br>Review existing valuations of GBI offer (1.5); begin review of new proposal (.5)<br>Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 2.00 | 710.00 | Billable |

EFOORA/SEC ENFORCEMENT:Efoora, Inc., Ira Bodenstein as SEC Receiver (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 8/20/2007<br>320386 | IB<br>Legal Services<br>Review Doug Lane letter re: GBI offer<br>Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 1.00 | 355.00 | Billable |
| 8/23/2007<br>321001 | IB<br>Legal Services<br>Discussion with Frank Mack and prepare package for Frank to review re: Prion patents<br>Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 0.50<br>0.50 | 177.50<br>177.50 | No Charge |
| 8/31/2007<br>322115 | RMF2<br>Legal Services<br>Review letter of intent and supporting documents<br>Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 0.80<br>0.80 | 284.00<br>284.00 | No Charge |
| 9/4/2007<br>322513 | IB<br>Legal Services<br>Discuss documents received from Witt lawyers re: lien on patents with Rick<br>Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 0.20 | 71.00 | Billable |
| 9/4/2007<br>323865 | RMF2<br>Legal Services<br>Conference with IB regarding Wit litigation and asserted security interest<br>Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 0.20 | 71.00 | Billable |
| 9/4/2007<br>322512 | IB<br>Legal Services<br>Phone call with Doug Lane re: Genesis offer (.1); phone call with Bob Peterson President of Prion re: background and sale to Genesis ).4); Discuss Genesis documents from Lane with Rick (.3)<br>Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 0.80 | 284.00 | Billable |
| 9/4/2007<br>323866 | RMF2<br>Legal Services<br>Telephone conference with IB and R. Petersen, CEO of Prion Development, regarding terms of GBI letter of intent<br>Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 0.30 | 106.50 | Billable |
| 9/5/2007<br>323091 | IB<br>Legal Services<br>Discuss Prion/Genesis offer and potential retention with Frank Mack<br>Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 0.30<br>0.30 | 106.50<br>106.50 | No Charge |
| 9/7/2007<br>323611 | IB<br>Legal Services<br>Review documents from Bob Peterson (.5); Begin review of attachments from Doug Lane in support of offer (.5)<br>Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 1.00 | 355.00 | Billable |
| 9/11/2007<br>323901 | IB<br>Legal Services<br>Meet with Frank Mack, Tim Stallkamp and Rick re: valuing Genesis offer<br>Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 1.30<br>1.30 | 461.50<br>461.50 | No Charge |
| 9/11/2007<br>323771 | IB<br>Legal Services<br>Review Doug Lane attachments to offer and Steve Wit documents re: patent lien<br>Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 1.50 | 532.50 | Billable |

EFOORA/SEC ENFORCEMENT:Efoora, Inc., Ira Bodenstein as SEC Receiver (continued)

| Date ID | Attorney Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 9/12/2007 324146 | IB Legal Services Review and revise proposed retention letter from Conway firm to act as financial advisors. Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 1.00 | 355.00 | Billable |
| 9/14/2007 324262 | IB Legal Services Review Prior patents re: information to look for at Efoora facilities on Monday. Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 1.00 | 355.00 | Billable |
| 9/14/2007 324260 | IB Legal Services Finalize Conway retention letter Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 0.50 | 177.50 | Billable |
| 9/14/2007 324259 | IB Legal Services Communications with Patrick Rogers re: Prion patents Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 0.20 | 71.00 | Billable |
| 9/17/2007 324367 | IB Legal Services Meet Craig Rappin at Mark Street and Bryn Mawr re: search for patent information. Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 2.00 | 710.00 | Billable |
| 9/18/2007 324551 | IB Legal Services REview email from Genesis re: proposed list of assets to be purchased Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 0.40 | 142.00 | Billable |
| 9/18/2007 324550 | IB Legal Services Phone call with Tom Meier at SEC re: retention of Conway firm and current offer from GBI Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 0.20 | 71.00 | Billable |
| 9/19/2007 324632 | IB Legal Services Discuss Genesis asset list with Rick Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 0.30 | 106.50 | Billable |
| 9/24/2007 325384 | IB Legal Services Review files taken from Efoora office re: Prion patents/GBI Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 0.80 | 284.00 | Billable |
| 9/26/2007 325848 | IB Legal Services Meet with Rick to discuss Meylan phone call and Genesis offer Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 0.30 | 106.50 | Billable |
| 9/26/2007 326028 | RMF2 Legal Services Long distance telephone conference with R. Meylan & B. Alexander, counsel for GBI, regarding letter of intent for assets and e-mail to Meylan with Wit litigation documents and PTO report Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 0.40 | 142.00 | Billable |
| 9/28/2007 326246 | IB Legal Services Meet with Craig Rappin re: review of Prion patent information Matter: REVIEW OF GENESIS BIOVENTURES OFFER | 355.00 | 0.50 | 177.50 | Billable |

EFOORA/SEC ENFORCEMENT:Efoora, Inc., Ira Bodenstein as SEC Receiver (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| | Total: REVIEW OF GENESIS BIOVENTURES OFFER | | 19.90 | | $7,064.50 |
| | No Charge | | 3.70 | $1,313.50 | |
| | Do Not Bill | | 3.70 | $1,313.50 | |
| | **Nickname 1: SALE OF ASSETS** | | | | |
| 9/11/2007 | RMF2 | 355.00 | 0.80 | 284.00 | No Charge |
| 323881 | Legal Services<br>Meeting with F. Mack & T. Stallkamp, CMD, regarding valuation and marketing of intellectual property<br>Matter:　　SALE OF ASSETS | | 0.80 | 284.00 | |
| | Total: SALE OF ASSETS | | 0.00 | | $0.00 |
| | No Charge | | 0.80 | $284.00 | |
| | Do Not Bill | | 0.80 | $284.00 | |
| TOTAL | Billable Fees | | 64.40 | | $21,122.50 |
| | No Charge | | 17.00 | $6,035.00 | |

| Date<br>ID | Attorney<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| | **Nickname 1: none** | | | | |
| 7/19/2007 | EXPENSES | 0.10 | 90.000 | 9.00 | Billable |
| 316358 | Photocopy<br>Photocopying - IRA documents　(IXB) | | | | |
| 7/28/2007 | EXPENSES | 26.82 | 1.000 | 26.82 | Billable |
| 316758 | Travel<br>Travel - Milegae - Elk Grove - Bensenville - Efoora Offices to see what is there (52 miles @ .485) plus 1.60 in tolls (IXB) | | | | |
| 7/31/2007 | EXPENSES | 130.00 | 1.000 | 130.00 | Billable |
| 318822 | Clerk<br>Clerk of the Circuit Court<br>#16031 | | | | |
| 7/31/2007 | EXPENSES | 12.01 | 1.000 | 12.01 | Billable |
| 320478 | Overnight Delivery<br>Federal Express to Civil Department/Clerk of the Circuit Court/Wheaton IL　(RJH) | | | | |
| 8/1/2007 | EXPENSES | 13.89 | 1.000 | 13.89 | Billable |
| 320591 | Overnight Delivery<br>Federal Express from Nancy Ayke ND/Efoora/Elk Grove Village IL to Rich Fogel at Shaw Gussis　(RMF2) | | | | |
| 8/14/2007 | EXPENSES | 20.00 | 1.000 | 20.00 | Billable |
| 320213 | Clerk<br>Clerk of the Circuit Court<br>#16075 | | | | |
| 9/10/2007 | EXPENSES | 11.83 | 1.000 | 11.83 | Billable |
| 325663 | Overnight Delivery<br>Federal Express from Nancy Aykford/Efoora Inc/Elk Grove Village IL to Ira Bodenstein at Shaw Gussis. | | | | |

EFOORA/SEC ENFORCEMENT:Efoora, Inc., Ira Bodenstein as SEC Receiver (continued)

| Date<br>ID | Attorney<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 9/11/2007<br>324714 | EXPENSES<br>C T Corp.<br>C T Corporation - Inv. # 3754867-RI - Lien searches re: Efoona, Prion and Virotck (MAH) | 824.75 | 1.000 | 824.75 | Billable |
| 9/17/2007<br>325668 | EXPENSES<br>Travel<br>Travel - Mileage - Tolls - Travel to Efoora Offices  (IXB) | 22.62 | 1.000 | 22.62 | Billable |
| 9/25/2007<br>325971 | EXPENSES<br>Photocopy<br>Photocopying - Receiver's motion  (RMF2) | 0.10 | 133.000 | 13.30 | Billable |

Total: none                                                                                                $1,084.22

TOTAL　　Billable Costs                                                                        $1,084.22

|  | Amount | Total |
|---|---|---|
| Total of Fees (Time Charges) |  | $21,122.50 |
| Total of Costs (Expense Charges) |  | $1,084.22 |
| Total new charges |  | $22,206.72 |
| Total New Balance |  | $22,206.72 |