# EXHIBIT 2

{000 EXH A0227147.DOC}

# ACCOUNT BALANCE RECONCILIATION
# EFOORA OPERATING ACCOUNT NO. 1

| *Beginning Balance* | *03/31/09* | *$159,150.87* |
|---|---|---|
| **DEPOSITS** | | |
| Interest Payment | 04/30/09 | $32.70 |
| PDL Balance of Purchase Price | 05/15/09 | $60,000.00 |
| Interest Payment | 05/31/09 | $38.90 |
| Interest Payment | 06/30/09 | $38.19 |
| *Sub-Total* | | *$219,260.66* |
| **PAYMENTS** | | |
| Wire Transfer Fee | 05/15/09 | $10.00 |
| Shaw Gussis | 05/18/09 | $21,190.60 |
| Shaw Gussis | 06/01/09 | $13,518.98 |
| *Current Balance* | *07/14/09* | *$184,541.08* |