# EXHIBIT 3



www.mbfinancial.com

STATEMENT

Page 1
Statement Date 4-30-09
Account # 1760003611
MAIL STATEMENT
Image Statement

MDG2005 00009185 1 AV 0.324

EFOORA INC
IRA BODENSTEIN-RECEIVER
OPERATAING ACCOUNT NUMBER 1    009185
321 N CLARK ST STE 800
CHICAGO IL 60610-4766

Looking for the best rate on a mortgage? Your search just got easier
with the MB Best Rate Guarantee. If you find a lower rate, we'll
give you $500! Whether you're purchasing a new home or refinancing
at today's low rates, our mortgage specialists can guide you smoothly
through the loan process. For complete details, visit www.mbfinancial.com

```
        176000 361 1      MONEY MARKET ACCOUNT

        Previous Balance    3-31-09            159,150.87
        +Deposits/Credits        0                   .00
        -Checks/Debits                               .00
        -Service Charge                              .00
        +Interest Paid                             32.70
        Current Balance                        159,183.57

* - - - - - - - -DESCRIPTIVE TRANSACTIONS- - - - - - - - - *
Date          Tracer Description                     Amount
4-30            999  INT PMT SYS-GEN                  32.70

* - - - - - - - - -DAILY BALANCE SUMMARY- - - - - - - - - *
Date       Balance    Date      Balance    Date       Balance
3-31     159150.87    4-30    159183.57

* - - - - - - - - -INTEREST SUMMARY- - - - - - - - - - *
Interest Earned From  4/01/09 Through  4/30/09
Days in Period                                   30
Interest Earned                               32.70
Annual Percentage Yield Earned                  .25 %
Interest Paid this Year                      133.19
Interest Withheld this Year                     .00
```



MB. MY BANK.
1.888.I BANK MB (1.888.422.6562)
NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.



STATEMENT
Page 1
Statement Date 5-31-09
Account # 1760003611
MAIL STATEMENT
Image Statement

**mb financial bank**, N.A.
www.mbfinancial.com

1
MDG2005 00009424 1 AV 0.335

EFOORA INC
IRA BODENSTEIN-RECEIVER
OPERATAING ACCOUNT NUMBER 1          009424
321 N CLARK ST STE 800
CHICAGO IL 60610-4766

Looking for the perfect graduation or wedding gift? Look no further than
MB Financial Bank. MB gift cards are now available at your local MB banking
center and can be used anywhere MasterCard is accepted - worldwide! For a
complete listing of MB Financial Bank locations, visit www.mbfinancial.com.

```
         176000 361 1      MONEY MARKET ACCOUNT
              Previous Balance    4-30-09           159,183.57
              +Deposits/Credits       1              60,000.00
              -Checks/Debits                         21,190.60
              -Service Charge                            10.00
              +Interest Paid                             38.90
              Current Balance                       198,021.87

       *- - - - - - - - - - -CHECKS PAID- - - - - - - - - - - - - -*
         No.  Date      Amount                No.  Date      Amount
        1015  5-19     21190.60

       *- - - - - - - - -DESCRIPTIVE TRANSACTIONS- - - - - - - - - -*
     Date       Tracer Description                           Amount
     5-15         22   063000021;IMPORT CONSULTANTS;R       60000.00
                       EF FOR ACCT OF PDA ACQUISTION
                       CORP
     5-15         22   WIRE TRANSFER IN S/C                   10.00-
     5-31        999   INT PMT SYS-GEN                         38.90

       *- - - - - - - - - -DAILY BALANCE SUMMARY- - - - - - - - - -*
       Date        Balance    Date        Balance    Date      Balance
       4-30      159183.57    5-15      219173.57    5-19    197982.97
       5-31      198021.87

       *- - - - - - - - -SERVICE CHARGE SUMMARY- - - - - - - - - -*
       Description                             Amount
         WIRE TRANSFER IN S/C                    10.00

     *- - - - - - - - - - -INTEREST SUMMARY- - - - - - - - - - -*
     Interest Earned From  5/01/09 Through  5/31/09
     Days in Period                                        31
     Interest Earned                                    38.90
     Annual Percentage Yield Earned                      .25 %
     Interest Paid this Year                           172.09
     Interest Withheld this Year                          .00
```



MB. MY BANK.
1.888.I BANK MB (1.888.422.6562)





CHK#1015   PAID 05/19/2009   $21,190.60



**

EFOORA INC
IRA BODENSTEIN-RECEIVER
OPERATAING ACCOUNT NUMBER 1
321 N CLARK ST STE 800
CHICAGO IL 60610-4766

As a customer of MB, you qualify for special savings when you join AAA. Exclusive AAA member benefits include 24-hour roadside assistance, discounts at thousands of retailers nationwide, access to AAA Travel and more! To learn more about this great benefit for MB customers visit www.mbfinancial.com/Personal/tabid/36/Default.aspx.

```
176000 361 1        MONEY MARKET ACCOUNT

    Previous Balance      5-31-09           198,021.87
    +Deposits/Credits        0                     .00
    -Checks/Debits                           13,518.98
    -Service Charge                                .00
    +Interest Paid                               38.19
    Current Balance                         184,541.08
```

```
- - - - - - - - - - - - -CHECKS PAID- - - - - - - - - - - - - - -
    No.  Date     Amount              No.   Date       Amount
    1016 6-04    13518.98
```

```
- - - - - - - - - -DESCRIPTIVE TRANSACTIONS- - - - - - - - - - -
Date          Tracer Description                        Amount
6-30           999  INT PMT SYS-GEN                      38.19
```

```
- - - - - - - - - - -DAILY BALANCE SUMMARY- - - - - - - - - - -
Date      Balance     Date      Balance     Date      Balance
5-31    198021.87     6-04    184502.89     6-30    184541.08
```

```
- - - - - - - - - - - - -INTEREST SUMMARY- - - - - - - - - - - -
Interest Earned From 6/01/09 Through 6/30/09
Days in Period                                               30
Interest Earned                                           38.19
Annual Percentage Yield Earned                             .25 %
Interest Paid this Year                                  210.28
Interest Withheld this Year                                 .00
```