# EXHIBIT 4

## Selection Criteria

Slip.Transaction Dat　　Earliest - 7/13/2009
Clie.Selection　　　　　Include: EFOORA/SEC ENFORCEMENT

| | |
|---|---|
| Nickname | EFOORA/SEC ENFORCEMENT \| 6176 |
| Full Name | Efoora, Inc., Ira Bodenstein as SEC Receiver |
| In Ref To | Efoora, Inc. |
| | (IB/RAS 6176 EFOORA/SEC ENFORCEMENT) |
| Last bill | 3/31/2009 |
| Last charge | 7/13/2009 |
| Last payment | 5/19/2009　　　Amount　$21,190.60 |

| Date / ID | Attorney / Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| **Nickname 1: BANKRUPTCY FILING** | | | | | |
| 4/1/2009 | PMF | 180.00 | 6.60 | 1,188.00 | No Charge |
| 405183 | Legal Services | | 6.60 | 1,188.00 | |
| | Updating creditor list using returned mail | | | | |
| | Matter:　BANKRUPTCY FILING | | | | |
| 4/8/2009 | PMF | 180.00 | 4.20 | 756.00 | No Charge |
| 405272 | Legal Services | | 4.20 | 756.00 | |
| | Work on creditor list | | | | |
| | Matter:　BANKRUPTCY FILING | | | | |
| 4/9/2009 | PMF | 180.00 | 5.50 | 990.00 | No Charge |
| 405288 | Legal Services | | 5.50 | 990.00 | |
| | Work on creditor list | | | | |
| | Matter:　BANKRUPTCY FILING | | | | |
| 4/13/2009 | PMF | 180.00 | 0.30 | 54.00 | Billable |
| 405291 | Legal Services | | | | |
| | Confer with R. Fogel re: Schedule F. | | | | |
| | Matter:　BANKRUPTCY FILING | | | | |
| 4/20/2009 | PMF | 180.00 | 2.20 | 396.00 | Billable |
| 405319 | Legal Services | | | | |
| | Update and test investor list. | | | | |
| | Matter:　BANKRUPTCY FILING | | | | |
| 4/20/2009 | MAH | 180.00 | 1.50 | 270.00 | Billable |
| 405840 | Legal Services | | | | |
| | Worked on updating creditor lists re returned mail. | | | | |
| | Matter:　BANKRUPTCY FILING | | | | |
| 4/22/2009 | PMF | 180.00 | 1.90 | 342.00 | Billable |
| 405337 | Legal Services | | | | |
| | Update addresses for trade creditors | | | | |
| | Matter:　BANKRUPTCY FILING | | | | |
| 4/30/2009 | PMF | 180.00 | 3.20 | 576.00 | Billable |
| 405420 | Legal Services | | | | |
| | Finalize trade creditor and investor list. | | | | |
| | Matter:　BANKRUPTCY FILING | | | | |
| 5/4/2009 | PMF | 180.00 | 1.80 | 324.00 | Billable |
| 408769 | Legal Services | | | | |
| | Import creditor lists to bestcase | | | | |
| | Matter:　BANKRUPTCY FILING | | | | |
| 5/11/2009 | PMF | 180.00 | 3.80 | 684.00 | No Charge |
| 409273 | Legal Services | | 3.80 | 684.00 | |
| | Work on creditor lists. | | | | |
| | Matter:　BANKRUPTCY FILING | | | | |

EFOORA/SEC ENFORCEMENT:Efoora, Inc., Ira Bodenstein as SEC Receiver (continued)

| Date | Attorney | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| ID | Task | | | | |
| 5/13/2009 | PMF | 180.00 | 1.90 | 342.00 | Billable |
| 409311 | Legal Services | | | | |
| | Correct foreign addresses. | | | | |
| | Matter: BANKRUPTCY FILING | | | | |
| 5/18/2009 | IB | 365.00 | 0.20 | 73.00 | Billable |
| 407346 | Legal Services | | | | |
| | Conclude information fro bankruptcy;discuss with R. Fogel | | | | |
| | Matter: BANKRUPTCY FILING | | | | |
| 5/20/2009 | IB | 365.00 | 0.30 | 109.50 | Billable |
| 407761 | Legal Services | | | | |
| | Review draft schedules/SOFA | | | | |
| | Matter: BANKRUPTCY FILING | | | | |
| 5/21/2009 | PMF | 180.00 | 4.20 | 756.00 | Billable |
| 409373 | Legal Services | | | | |
| | Correct foreign addresses for creditors. | | | | |
| | Matter: BANKRUPTCY FILING | | | | |
| 5/27/2009 | IB | 365.00 | 0.30 | 109.50 | Billable |
| 408303 | Legal Services | | | | |
| | Separate documents to turnover to trustee | | | | |
| | Matter: BANKRUPTCY FILING | | | | |
| 5/28/2009 | PMF | 180.00 | 1.70 | 306.00 | Billable |
| 409388 | Legal Services | | | | |
| | Finish updating foreign addresses. | | | | |
| | Matter: BANKRUPTCY FILING | | | | |
| 6/1/2009 | IB | 365.00 | 0.30 | 109.50 | Billable |
| 408839 | Legal Services | | | | |
| | Review and revise redraft of petition and schedules | | | | |
| | Matter: BANKRUPTCY FILING | | | | |
| 6/1/2009 | RMF2 | 365.00 | 0.60 | 219.00 | Billable |
| 412004 | Legal Services | | | | |
| | Update and finalize schedules and statement of financial affairs | | | | |
| | Matter: BANKRUPTCY FILING | | | | |
| 6/3/2009 | IB | 365.00 | 0.20 | 73.00 | Billable |
| 409556 | Legal Services | | | | |
| | Finalize petition and schedules for filing | | | | |
| | Matter: BANKRUPTCY FILING | | | | |
| 6/4/2009 | MAH | 180.00 | 0.20 | 36.00 | Billable |
| 414543 | Legal Services | | | | |
| | Met with P. Fredericks re creditor list for bankruptcy petition. | | | | |
| | Matter: BANKRUPTCY FILING | | | | |
| 6/5/2009 | RMF2 | 365.00 | 0.40 | 146.00 | Billable |
| 412012 | Legal Services | | | | |
| | Attention to filing of bankruptcy petition and e-mails to and from C. Steege, interim trustee for bankruptcy estate | | | | |
| | Matter: BANKRUPTCY FILING | | | | |
| 6/5/2009 | IB | 365.00 | 0.30 | 109.50 | Billable |
| 410249 | Legal Services | | | | |
| | Attend to filing of Bankruptcy today | | | | |
| | Matter: BANKRUPTCY FILING | | | | |
| 6/11/2009 | PMF | 180.00 | 0.60 | 108.00 | Billable |
| 414517 | Legal Services | | | | |
| | Review message from bankruptcy court. Call M. Flowers re: same. Discuss requirement with R. Fogel. | | | | |
| | Matter: BANKRUPTCY FILING | | | | |

EFOORA/SEC ENFORCEMENT:Efoora, Inc., Ira Bodenstein as SEC Receiver (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 7/2/2009<br>414974 | RMF2<br>Legal Services<br>Telephone conferences with 12 investors regarding commencement of bankruptcy case<br>Matter: BANKRUPTCY FILING | 365.00 | 1.20 | 438.00 | Billable |
| 7/7/2009<br>414984 | RMF2<br>Legal Services<br>Telephone conferences and review/respond to e-mails inquiries from 16 investors regarding commencement of bankruptcy case<br>Matter: BANKRUPTCY FILING | 365.00 | 1.40 | 511.00 | Billable |

| Total: BANKRUPTCY FILING | | 24.70 | | $5,408.00 |
|---|---|---|---|---|
| No Charge | | 20.10 | $3,618.00 | |
| Do Not Bill | | 20.10 | $3,618.00 | |

Nickname 1: CASE ADMINISTRATION

| Date<br>ID | Attorney<br>Task | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| 4/27/2009<br>404033 | IB<br>Legal Services<br>Revise drafts of 6th Report<br>Matter: CASE ADMINISTRATION | 365.00 | 2.00 | 730.00 | Billable |
| 4/28/2009<br>404139 | IB<br>Legal Services<br>Finalize and file Efoora 6th report<br>Matter: CASE ADMINISTRATION | 365.00 | 1.20 | 438.00 | Billable |
| 5/6/2009<br>406318 | IB<br>Legal Services<br>Review proposed consent order and final judgment from J. Kohn at SEC and phone call with Kohn to discuss<br>Matter: CASE ADMINISTRATION | 365.00 | 0.90 | 328.50 | Billable |
| 5/12/2009<br>406855 | IB<br>Legal Services<br>Court appearance on status and Receiver's 6th report<br>Matter: CASE ADMINISTRATION | 365.00 | 1.00 | 365.00 | Billable |
| 5/12/2009<br>406856 | IB<br>Legal Services<br>Review SEC motion/order to release Leah Grosky freeze order.<br>Matter: CASE ADMINISTRATION | 365.00 | 0.10 | 36.50 | Billable |
| 5/12/2009<br>408177 | RMF2<br>Legal Services<br>Prepare and forward proposed order authorizing compensation and expenses<br>Matter: CASE ADMINISTRATION | 365.00 | 0.20 | 73.00 | Billable |
| 5/27/2009<br>408302 | IB<br>Legal Services<br>Review and separate documents to send to purchaser of PDL stock<br>Matter: CASE ADMINISTRATION | 365.00 | 1.30 | 474.50 | Billable |
| 6/15/2009<br>411370 | IB<br>Legal Services<br>Prepare draft of Receiver's final report<br>Matter: CASE ADMINISTRATION | 365.00 | 1.00 | 365.00 | Billable |
| 6/15/2009<br>411371 | IB<br>Legal Services<br>Begin preparation of Receiver's motion to approve final report and terminate receivership<br>Matter: CASE ADMINISTRATION | 365.00 | 0.50 | 182.50 | Billable |

EFOORA/SEC ENFORCEMENT:Efoora, Inc., Ira Bodenstein as SEC Receiver (continued)

| Date | Attorney | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 6/18/2009 | IB | 365.00 | 0.10 | 36.50 | Billable |
| 411862 | Legal Services | | | | |
| | Phone call with J. Kohn re: status of any further assets for estate | | | | |
| | Matter: CASE ADMINISTRATION | | | | |
| 6/21/2009 | IB | 365.00 | 2.30 | 839.50 | Billable |
| 412104 | Legal Services | | | | |
| | Revise draft of Receiver's final report (.5); draft Receiver's motion for approval of final report, exculpation and related relief (1.8) | | | | |
| | Matter: CASE ADMINISTRATION | | | | |
| 6/29/2009 | IB | 365.00 | 0.90 | 328.50 | Billable |
| 413448 | Legal Services | | | | |
| | Revise drafts of Final Report and Receiver's Motion for Approval of Final Report and Termination or Receivership. | | | | |
| | Matter: CASE ADMINISTRATION | | | | |
| 7/6/2009 | IB | 365.00 | 1.30 | 474.50 | Billable |
| 414642 | Legal Services | | | | |
| | Revise drafts of final report and motion to terminate receivership (.7); research on exculpation request in motion to terminate receivership (.6). | | | | |
| | Matter: CASE ADMINISTRATION | | | | |
| 7/7/2009 | IB | 365.00 | 0.60 | 219.00 | Billable |
| 414967 | Legal Services | | | | |
| | Discuss timing of filing with R. Fogel(.1); review Teknek case for Receiver termination of receivership motion (.5). | | | | |
| | Matter: CASE ADMINISTRATION | | | | |
| 7/10/2009 | IB | 365.00 | 0.30 | 109.50 | Billable |
| 415341 | Legal Services | | | | |
| | Review research on trustee exculpartion from M. Schwartz | | | | |
| | Matter: CASE ADMINISTRATION | | | | |
| 7/11/2009 | IB | 365.00 | 0.40 | 146.00 | Billable |
| 415359 | Legal Services | | | | |
| | Revise motion to terminate receivership | | | | |
| | Matter: CASE ADMINISTRATION | | | | |
| 7/13/2009 | IB | 365.00 | 0.40 | 146.00 | Billable |
| 415509 | Legal Services | | | | |
| | Revise draft of termination motion | | | | |
| | Matter: CASE ADMINISTRATION | | | | |
| Total: CASE ADMINISTRATION | | | 14.50 | | $5,292.50 |

Nickname 1: INVESTORS

| Date | Attorney | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| 4/7/2009 | MAH | 180.00 | 0.30 | 54.00 | Billable |
| 405349 | Legal Services | | | | |
| | Responded to investor inquiries and corresponded with P. Fredericks re updating investor service list. | | | | |
| | Matter: INVESTORS | | | | |
| 4/20/2009 | MAH | 180.00 | 0.20 | 36.00 | Billable |
| 405837 | Legal Services | | | | |
| | Responded to investor inquiries. | | | | |
| | Matter: INVESTORS | | | | |
| 5/11/2009 | MAH | 180.00 | 0.10 | 18.00 | Billable |
| 408760 | Legal Services | | | | |
| | Responded to investor inquiry. | | | | |
| | Matter: INVESTORS | | | | |

EFOORA/SEC ENFORCEMENT:Efoora, Inc., Ira Bodenstein as SEC Receiver (continued)

| Date<br>ID | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| | Total: INVESTORS | | 0.60 | | $108.00 |
| | Nickname 1: SALE OF ASSETS | | | | |
| 4/27/2009<br>404677 | RMF2<br>Legal Services<br>Telephone conference with Corzine regarding closing delay<br>Matter: SALE OF ASSETS | 365.00 | 0.10<br>0.10 | 36.50<br>36.50 | No Charge |
| 5/7/2009<br>406465 | IB<br>Legal Services<br>Phone call with D. Volpe re: PDL stock purchase<br>Matter: SALE OF ASSETS | 365.00 | 0.10 | 36.50 | Billable |
| 5/11/2009<br>406726 | IB<br>Legal Services<br>Phone calls with C. Corzine and D. Volpe re: PDL closing;discuss with R. Fogel<br>Matter: SALE OF ASSETS | 365.00 | 0.40 | 146.00 | Billable |
| 5/11/2009<br>406678 | IB<br>Legal Services<br>Review emails re: closing on PDL sale and discuss with R. Fogel<br>Matter: SALE OF ASSETS | 365.00 | 0.20 | 73.00 | Billable |
| 5/14/2009<br>408183 | RMF2<br>Legal Services<br>Telephone conference with Corzine regarding wire transfer and delivery of closing documents<br>Matter: SALE OF ASSETS | 365.00 | 0.20 | 73.00 | Billable |
| 5/15/2009<br>407181 | IB<br>Legal Services<br>Finalize sale of PDL stock.<br>Matter: SALE OF ASSETS | 365.00 | 0.20 | 73.00 | Billable |
| 5/18/2009<br>408191 | RMF2<br>Legal Services<br>Correspondence to Corzine with executed conveyance documents for PDL stock sale<br>Matter: SALE OF ASSETS | 365.00 | 0.20 | 73.00 | Billable |
| 5/18/2009<br>407345 | IB<br>Legal Services<br>Final documentation to conclude PDL sale.<br>Matter: SALE OF ASSETS | 365.00 | 0.20 | 73.00 | Billable |
| | Total: SALE OF ASSETS<br>No Charge<br>Do Not Bill | | 1.50<br>0.10<br>0.10 | <br>$36.50<br>$36.50 | $547.50 |
| TOTAL | Billable Fees<br>No Charge | | 41.30<br>20.20 | <br>$3,654.50 | $11,356.00 |

| Date<br>ID | Attorney<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| | Nickname 1: none | | | | |
| 4/28/2009<br>404779 | EXPENSES<br>Photocopy<br>Photocopying - Receivers's Sixth Report (IXB) | 0.10 | 174.000 | 17.40 | Billable |

EFOORA/SEC ENFORCEMENT:Efoora, Inc., Ira Bodenstein as SEC Receiver (continued)

| Date<br>ID | Attorney<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 4/30/2009<br>404731 | EXPENSES<br>Postage<br>Postage 4/1/09 - 4/30/09 | 10.08 | 1.000 | 10.08 | Billable |
| 4/30/2009<br>407684 | EXPENSES<br>Pacer Research<br>Pacer Online Docket Charges 1/1/09 - 4/30/09 | 8.80 | 1.000 | 8.80 | Billable |
| 5/28/2009<br>411577 | EXPENSES<br>Overnight Delivery<br>Federal Express to Carlo Corzine/Boca Raton FL (Part IV) | 49.22 | 1.000 | 49.22 | Billable |
| 5/28/2009<br>411576 | EXPENSES<br>Overnight Delivery<br>Federal Express to Carlo Corzine/Boca Raton FL (Part III) | 39.31 | 1.000 | 39.31 | Billable |
| 5/28/2009<br>411575 | EXPENSES<br>Overnight Delivery<br>Federal Express to Carlo Corzine/Boca Raton FL (Part II) | 28.52 | 1.000 | 28.52 | Billable |
| 5/28/2009<br>411574 | EXPENSES<br>Overnight Delivery<br>Federal Express to Carlo Corzine/Boca Raton FL | 45.41 | 1.000 | 45.41 | Billable |
| 6/5/2009<br>413764 | EXPENSES<br>Filing Fees<br>Chase - Court Call (RMF) | 299.00 | 1.000 | 299.00 | Billable |
| 6/24/2009<br>413086 | EXPENSES<br>Photocopy<br>Photocopying - Chapter 7 Individual Debtor's Statement of Intention . (AJG) | 0.10 | 20.000 | 2.00 | Billable |
| 6/30/2009<br>413612 | EXPENSES<br>Postage<br>Postage - 6/1/09 - 6/30/09 | 1.76 | 1.000 | 1.76 | Billable |

Total: none　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$501.50

TOTAL　　Billable Costs　　　　　　　　　　　　　　　　　　　　　　　　　$501.50

|  | Amount | Total |
|---|---|---|
| Total of Fees (Time Charges) |  | $11,356.00 |
| Total of Costs (Expense Charges) |  | $501.50 |
| Total new charges |  | $11,857.50 |
| Total Previous Balance |  | $21,190.60 |

Accounts Receivables

| Date|ID | Type | Description | | |
|---|---|---|---|---|
| 5/19/2009<br>58231 | PAY | Payment - thank you | ($21,190.60) | |
| Total Accounts Receivable | | | | ($21,190.60) |

Total New Balance　　　　　　　　　　　　　　　　　　　　　　　　　　　$11,857.50